UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EUGENE LEWIS, | ) | Case No. CV 08-8564-PA (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| D.K. SISTO, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Order issued this day,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed.

DATED: April 17, 2009.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\LEWIS, E 8564\Jmt.wpd